IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL O. DEVAUGHN,

          *Plaintiff*,

vs.

COUNTY OF MEADE, et al,

          *Defendants.*

Case No. 23-2555-EFM-GEB

**ORDER**

This matter is before the Court on Magistrate Judge Gwynne Birzer's Report and Recommendation (Doc. 6) that the Plaintiff's Motion for Leave to Proceed Without Prepayment of Fees (Doc. 2 *sealed*) be DENIED.

The Plaintiff has signed up for email notifications of all filings. The Report and Recommendation was sent to Plaintiff via the designated email address on February 9, 2024. Plaintiff was given 14 days from receipt of the Report and Recommendation in which to file any objections. Thus, objections were due on or before February 23, 2024. No objections having been filed, this Court accepts the recommended decision of the Magistrate Judge and adopts it as its own.

**IT IS THEREFORE ORDERED**, that Plaintiff Michael O. DeVaughn's Motion to Proceed Without Prepayment of Fees, (Doc. 2 *sealed*) is DENIED.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2024 in Wichita, Kansas.

*/s/ Eric F. Melgren*
ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE